

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00605-CR

Joe **GUTIERREZ,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-11-0223-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file Appellant's brief, Appellant filed a second motion for extension of time to file the briefs in these appeals. He has requested a reporter's record from the plea hearing for both appeals, and he asks this court to grant an extension of time to file the briefs until thirty days after the supplemental reporter's records are filed.

Appellant's motion is GRANTED. Appellant's brief will be due thirty days after the court reporter files the supplemental records. Any further requests for extension of time to file Appellant's brief will be strongly disfavored.

We ORDER court reporter Leticia Escamilla to file the reporter's records in appeals numbered 04-16-00602-CR and 04-16-00605-CR within THIRTY DAYS of the date of this order.

If the reporter's records are not filed with this court as ordered, any subsequent requests for additional time to file the records must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

Keith E. Hottle
Clerk of Court